THE STATE OF IOWA, Appellee, v. AL. HENDERSON, Appellant.

**Appeal:** RECORD: ERROR.

*Appeal from Polk District Court.*—HON. S. F. BALLIET, Judge.

TUESDAY, OCTOBER 27, 1891.

INDICTMENT for burglary, and from a judgment of imprisonment in the penitentiary the defendant appealed.—*Affirmed.*

No appearance for either party.

GRANGER, J.—The case is before us on a partial transcript showing an indictment for burglary, a verdict and judgment of imprisonment for three years in the penitentiary. The record of the trial is not before us, except as to a motion to set aside the verdict, and for a new trial, which was overruled. An examination of the record before us shows no error, and the judgment of the district court is AFFIRMED.